UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-22772-CIV-MARTINEZ

ELIANA VALDERRAMA and JUAN
FELIPE VANEGAS,

    Plaintiffs,
v.

HARD ROCK STADIUM LLC, *et al.*,

    Defendants.
_____/

## ORDER OF TRANSFER

This matter is before the Court upon Defendants' Notice of Pending, Refiled, Related, or Similar Actions. (ECF No. 15). Good cause appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedures 2.06.00 and 2.15.00 of the United States District Court for the Southern District of Florida because of related Case No. 24-cv-22751-BB, and subject to the consent of Judge Beth Bloom, it is

**ORDERED** that the above numbered case is transferred to the calendar of Judge Beth Bloom for all further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of August, 2024.

                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED** that all pleadings filed after this date shall bear the following case number, **24-cv-22772-BB**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21 day of August, 2024.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record